IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICK A MILLS,

    Petitioner,

v.                                                  CASE NO. 1:15-cv-00226-WTH-CJK

PAM BONDI, FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed despite petitioner being given an extension to do so. ECF No. 22. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The Clerk shall enter judgment as follows: "The Amended Petition under 28 U.S.C. § 2254 is dismissed with prejudice as untimely. A certificate of appealability is denied." The Clerk is directed to close the file.

    **DONE AND ORDERED** this _11th_ day of December, 2017

                                                  UNITED STATES DISTRICT JUDGE